UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
*December 08, 2020*
David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO.  H- 20-649 |
| § | |
| PABLO SERRATO-SOSA § | |
| § | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ryan Patrick, United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court that PABLO SERRATO-SOSA now duly committed to the custody of Montgomery County Jail, 1 Criminal Justice Dr., Conroe, Texas 77301 is a defendant in the above-captioned case which will be called for prosecution in the United States District Court for the Southern District of Texas, Houston Division on the __17th__ day of __December__, 2020, at __10:00 a.m.__, before the U. S. Magistrate Judge. Petitioner further represents that the Harris County Jail, will release the defendant into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, upon this Writ, to be brought before this Court for further proceedings in this Cause.

WHEREFORE,   petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any

other authorized United States Marshal, to produce the body of said defendant before this Court on the __17th__ day of __December__, 2020 at __10:00 a.m.__

                        Respectfully submitted,

                        RYAN PATRICK
                        United States Attorney

By:   __Shelley J. Hicks__
       SHELLEY J. HICKS
       Assistant United States Attorney